# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

05 OCT 13 AM 8:52

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| JAMES M. OLANDER, JR. | § | |
| | § | |
| V. | § | CASE NO. 4:05CV64 |
| | § | (Judge Schell/Judge Bush) |
| TEXAS WORKERS COMPENSATION | § | |
| COMMISSION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On September 19, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that the Defendant's Motion to Dismiss be GRANTED and the above titled and numbered cause DISMISSED with prejudice.

After considering the report of the United States Magistrate Judge and noting no objections by the parties thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Defendant's Motion for to Dismiss is GRANTED and the above titled and numbered cause is DISMISSED with prejudice.

SIGNED this 12th day of October, 2005.

*Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE